| | | | |
|---|---|---|---|
| Case No. | EDCV 18-726-GW(KKx) | Date | May 21, 2018 |
| Title | San Antonio Reg'l Hosp. v. D/T Carson Enters., Inc. Welfare Benefit Plan, et al. | | |

Present: The Honorable    GEORGE H. WU, United States District Judge

| Javier Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS): **ORDER REMANDING ACTION TO STATE COURT AND VACATING HEARING ON MOTION TO DISMISS**

    On April 23, 2018, the Court issued an Order to Show Cause Re Federal Jurisdiction in this action. *See* Docket No. 13. In doing so, it invited briefing from the parties with respect to the question of why *Marin General Hospital v. Modesto & Empire Traction Company*, 581 F.3d 941 (9th Cir. 2009), did not dictate the conclusion that there is no federal question jurisdiction over this matter. The parties responded with briefs on the issue. *See* Docket Nos. 14-15.

    The Court has considered the parties' briefs and has read the decisions cited therein. Having considered the Complaint filed in this action, *Marin General*, the parties' aforementioned briefs, and finding persuasive several other decisions the Court has discovered bearing on this issue,[1] along with the general principle that "[f]ederal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance," *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992), the Court concludes that complete preemption does not apply here, and that federal question jurisdiction is therefore lacking.

    As such, the Court vacates the hearing on motion to dismiss and remands the matter to the Superior Court of the State of California in and for the County of San Bernardino.

---

[1] *See John Muir Health v. Cement Masons Health & Welfare Trust Fund for N. Cal.*, 69 F.Supp.3d 1010, 10-15-21 (N.D. Cal. 2014); *N. Va. Operating Co., LLC v. CIGNA Healthcare of CA., Inc.*, No. CV 16-5168 PA (AFMx), 2016 WL 4770021, *2-3 (C.D. Cal. Sept. 12, 2016); *Coast Plaza Doctors Hosp. v. Ark. Blue Cross & Blue Shield*, No. CV 10-06927 DDP (JEMx), 2011 WL 3756052, *2-4 (C.D. Cal. 2011); *Orthopedic Specialists of S. Cal. v. Aetna Life Ins. Co.*, No. CV 10-6246 PA (JEMx), 2010 WL 3504916, *2-3 (C.D. Cal. Aug. 30, 2010).